ERIC OLSEN # 149801
_____
Name and Prisoner/Booking Number

ASPC - LEWIS - STINER
_____
Place of Confinement

PO BOX 70
_____
Mailing Address

BUCKEYE, AZ 85326
_____
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

☒ FILED   ☐ LODGED

# Nov 17 2025

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

ERIC OLSEN ,
_____
(Full Name of Plaintiff)

Plaintiff,

v.

(1) _____ Wilson, Deputy Warden ,
(Full Name of Defendant)

(2) _____ Caves, Correction Officer ,

(3) John Doe No. 1, Captain ,

(4) John Doe No. 2, Correction Officer ,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-25-4266-PHX-SHD (MTM)
_____
(To be supplied by the Clerk)

### CIVIL RIGHTS COMPLAINT
### BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

JURY TRIAL REQUESTED

## A.  JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Lewis Complex, Buckley Unit, Buckeye, AZ.

Revised 12/1/23                     1                     **550/555**

## B. DEFENDANTS

1. Name of first Defendant: ___Wilson___. The first Defendant is employed
as: _Deputy Warden in June 2024_ at _ASPC-LEWIS, BUCKLEY UNIT_.
(Position and Title)                    (Institution)

2. Name of second Defendant: ___Caves___. The second Defendant is employed as:
as: _Correction Officer (Count Movement)_ at _ASPC-LEWIS, BUCKLEY UNIT_.
(Position and Title)                    (Institution)

3. Name of third Defendant: _John Doe No. 1_. The third Defendant is employed
as: _Captain (of Security, June 2024)_ at _ASPC-LEWIS, Buckley Unit_.
(Position and Title)                    (Institution)

4. Name of fourth Defendant: _John Doe No 2_. The fourth Defendant is employed
as: _Correction Officer (Floor Officer 3-C)_ at _ASPC-LEWIS, Buckley Unit_.
(Position and Title)                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☐ Yes  ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D.  CAUSE OF ACTION

### COUNT I

1.   State the constitutional or other federal civil right that was violated:  _8th Amendment U.S. Constitution Deliberate Indifference as defined by Farmer V. Brennan, 511 U.S. 825 (1994)_.

2.   **Count I**.  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
   ☒ Basic necessities      ☐ Mail            ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property        ☐ Exercise of religion      ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3.   **Supporting Facts**.  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

   _SEE SUPPORTING FACTS PAGES 3A - 3_
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____.

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).
   _Loss of Eyesight In Right Eye, Diminishing Eyesight In Left Eye, Physical Deformity to Eye, Constant headaches Since Injury Occurred, Reoccurring Nightmares of Losing Eye & Eyesight, Permanent Disability_.

5.   **Administrative Remedies:**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☒ Yes   ☐ No
   b.   Did you submit a request for administrative relief on Count I?     ☒ Yes   ☐ No
   c.   Did you appeal your request for relief on Count I to the highest level?     ☒ Yes   ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  _____
   _Administrative Remedies Attached._

3

## FACTS

1. In June of 2024, Plaintiff Eric Olsen ("Olsen") was confined at ASPC-LEWIS-BUCKLEY in cell 3-C-15.

2. Olsen was 51 years old and requesting to be assigned a medical porter to assist him with dressing and undressing because he has degenerative arthritis in his shoulders in June of 2024.

3. In June of 2024, Inmate Gustavo Marquez #179839 was approximately 35 years old and classified by ADCRR as:
   a. Violent
   b. Active Member of the Prison Gang Family Over Everyone ("FOE")
   c. Serious Mental Illness ("SMI").

4. Because Marquez is designated SMI, Deputy Warden Wilson ("Wilson") and Captain of Security John Doe 1 ("Doe 1") were not issuing him disciplinary and or criminal charges for assaulting, maiming, and attempting to murder other prisoners.

5. On June 8, 2024, in cell 3-C-7, Marquez attacked his cellmate. The floor officer John Doe 2 ("Doe 2") removed Marquez from cell 3-C-7 and moved him into Olsen's cell 3-C-15.

6. Doe 2 did not issue Marquez a disciplinary infraction for fighting with his celly in 3-C-7, as required by ADCRR Department Order 803-Inmate Disciplinary ("DO 803")

7. Doe 1 did not place Marquez into pre-hearing detention as required by DO 803, for attacking his cellmate.

8. Olsen told defendant Caves, Wilson, Doe 1, and Doe 2 he did not want to live with Marquez because Marquez kept attacking people for no reason and because Marquez was younger, SMI, violent, and a active gang member while Olsen was physically handicapped, older, and unable to defend himself isolated in a locked cell with no staff in the pod for hours at a time.

3 A

9. All of the defendants forced Olsen to live in 3-C-15 with Marquez knowing that Marquez was violent and predatory.

10. Between 6-8-24 and 6-12-24 Marquez wrote letters to staff and medical telling them that he was going to assault, maim, possibly murder Olsen.

11. Defendants refused to move/seperate Marquez and Olsen after Marquez notified staff he was going to attack Olsen.

12. On 6-12-25 Marquez attacked Olsen while he was laying in bed. Marquez climbed on top of Olsen chest and grabbed Olsen around the throat strangling him. Marquez then placed his thumbs into Olsen's eye sockets gouging both of Olsen's eyes.

13. After blinding Olsen, Marquez began telling Olsen that Marquez would not be given disciplinary or criminal charges for gouging out Olsen's eyes because Marquez was classified SMI. Marquez bragged about assaulting and maiming other inmates and receiving no disciplinary or criminal charges.

14. Marquez then told Olsen to start kicking the cell door and to "beg" for help from the guards. Olsen did as he was told by Marquez.

15. Officer came to Olsen's cell and removed him. Olsen was taken to the hospital at Abrazo West Campus. Doctors transplanted a cornea from a cadavar into Olson's eye. The transplant failed leaving Olsen blind in that eye. The other eye was badly injured and Olson has been suffering diminished sight in that eye.

16. Marquez was not given disciplinary or criminal charges for gouging out Olsen's eyes.

17. Marquez moved into another inmates cell and stabbed that inmate. Marquez did not receive disciplinary or criminal charges for that assault.

3 B

18. Defendant Doe 2 should have not moved Marquez into 3-C-15 with Olsen without first checking with the Count Movement Officer to make sure it was safe to house them together. Doe 2 was deliberately indifferent to the safety of Olsen when he moved Marquez into Olsen's cell.

19. Defendant Caves is the count movement officer and is required to check inmates background and medical disabilities history before housing them together to insure their safety. Caves was deliberately indifferent to Olsen's safety when he approved moving Marquez into Olsen's cell.

20. Defendants Wilson and Doe 2 were deliberately indifferent to Olsen's safety when they :
   a. instituted a practice of not issuing disciplinary and criminal charges to SMI inmates after they assault other inmates.
   b. failed to seperate Marquez and Olsen after Marquez began putting inmate letters and health need requests stating he was going to assault Olsen.
   c. not instituting a safe housing practice that matches inmates by similar size, age, physical disability, charges, etc.,
   d. not segregating violent SMI inmates from other inmates, especially older disabled (victims) inmates.
   e. not segregating active gang members from protective segregation inmates.

21. Olsen is a protective segregation inmate, Marquez is designated a active prison gang member in F.O.E.. They should not have been housed together.

22. Now Olsen is blind and disfigured and maimed from defendants' deliberate indifference to his safety.

3 C

**Arizona Department of Corrections Rehabilitation and Reentry**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADCRR NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Olson  Eric | 149801 | Lewis / Buckley | 7/3/24 |

TO  C.O. II  Willis

LOCATION  Complex

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I AM INFORMALLY TRYING TO RESOLVE THE FOLLOWING SITUATION: ON 6/12/24 I WOKE UP TO MY CELLY JUMPING ON ME TRYING TO CHOKE ME, AND GOUGING OUT MY EYES, WITHOUT ANY PROVOCATION OR REASON. I'D LIKE CCTV FOOTAGE FROM 3/C POD 7AM - 8:30 AM AND THE PHOTOS TAKEN AT THE HOSPITAL I WAS TAKEN TO. THIS INMATE MOVED IN WITH ME BECAUSE HE SAID HIS CELLY WAS RACIST AND MIGHT KILL HIM. PRIOR TO THIS WHITE MOVING IN I HAD JUST COMPLAINED TO C.O. ABOUT MY SHOULDER PAIN. I WAS ASKING TO SPEAK W/ U HELP. IT WAS VERY PAINFUL. I ALSO EXPRESSED: HOW CAN I EVEN DEFEND MYSELF. WELL WHEN THIS INCIDENT HAPPENED I WASN'T, HE WENT RIGHT FOR MY WEAKNESS AND I COULDN'T GET HIM OFF ME. IF AN UNSTABLE PERSON WASN'T HOUSED WITH ME WHEN I WAS INJURED THIS WOULDN'T HAVE HAPPENED. I HAVE NO IDEA WHY THIS HAPPENED- BUT I SUSPECT THIS WAS SOMETHING HE HAD PLANNED ON DOING TO HIS PRIOR CELLY- BUT SEEN ME AS A EASIER VICTIM? I WANT MY SHOULDER TO BE FIXED BEFORE I AM PUT IN THIS SITUATION AGAIN. I WANT MY EYE FIXED. I HAVE MADE MAJOR CHANGES IN MY LIFE AND CAN'T BELIEVE THIS HAPPENED. I MADE SEVERAL COMMENTS TO MEDICAL ABOUT IT BEING UNSAFE FOR ME TO BE INJURED LIKE I WAS WITHOUT FINDING OUT WHY. I WANT ALL PICTURES AND POD CAMERA COPIES TO GET TO MY FAMILY ON THE STREETS. THANK YOU FOR YOUR TIME AND HELP. SINCERELY ERIC J OLSEN.

* I AM IN AN INFIRMARY

SEVERE

INMATE SIGNATURE

DATE *(mm/dd/yyyy)*  7/3/24

Have you discussed this with institution staff?   ☐ Yes   ☐ No

If yes, give the staff member name:

Distribution:  INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
11/16/21



**Arizona Department of Corrections
Rehabilitation and Reentry**

**Inmate Grievance**

| RECEIVED BY | |
|---|---|
| *(handwritten)* | |
| TITLE | |
| *(handwritten)* | |
| BADGE NUMBER 4732 | DATE *(mm/dd/yyyy)* |

Note: You may appeal the Grievance Coordinator's decision by filing form 802-3, within 10 calendar days of receipt of this notice.

| INMATE NAME (Last, First M.I.) (Please print name) OLSEN ERIC I | ADCRR NUMBER 149801 | DATE (mm/dd/yyyy) 7/16/24 |
|---|---|---|
| INSTITUTION/UNIT BUCKLEY LEWIS | CASE NUMBER NONE GIVEN | |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** *(To be completed by the Inmate)*  *NONE GIVEN*

X INFORMAL TURNED IN 7/8/24 No RESPONSE) I HAVE BEEN REQUESTING MY SINCE MARCH AND PAIN IN MY SHOULDER, KNEE THE SERGEANT COULD VERIFY ME FROM GET DRESSED AND OF COURSE I MENTIONED AM MY LEG BEING AT RISK AND HE SO FAR ALL MEDICAL DID WAS GIVE ME A COUPLE TOLD/ A BANDAID. TWO DM INMATES WERE GOING TO HURT/ASSAULTED AND ONE WAS MOVED IN W/ME. HE TOLD ME HE HAD BEEN A KING OUT AND TO MOVE HIM. AND HE KEPT THE LETTERS WHERE HE HAD TO BE SUBJECT. ON 6/12/24 HE JUST FLIPPED OUT AT 7:00AM AND TRIED TO CHOKE ME/ EYE CUT — I LOST ONE. MEDICAL COULD HAVE BEEN ABLE TO HAVE HELPED ME PROPERLY/RIGHT AND THAT INMATE SHOULD'VE NEVER BEEN MIXED IN WITH ME W/OUT GOING TOWARD CO III CR1 INMATE

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

ALL FOOTAGE AND PICTURES FROM HOSPITAL SHOULD BE KEPT IN ORDER FOR ME TO HAVE A LAWYER FIGURE OUT MY RIGHTS. I COULD'VE LOST MORE THAN AN EYE. NOW I CANT LIVE/WE IT'S RESPONSIBLE FOR MY LACK OF SAFETY TO BE HELD ACCOUNTABLE FOR ME NOW BEING IN HELL. THANK YOU FOR YOUR TIME

| INMATE'S SIGNATURE *(signature)* | DATE (mm/dd/yyyy) 7/16/24 |
|---|---|
| GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |

DISTRIBUTION:  INITIAL:  White and Canary – Grievance Coordinator; Pink - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
3/2/22

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)

Received By: _VAUGHN_
Title: _?_
Badge #: _4732_
Date: (mm/dd/yyyy) _07-31-2024_

### Please Print

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| OLSEN ERIC J | 149801 | 7/31/24 |

| INSTITUTION | CASE NUMBER |
|---|---|
| L 11 / LEWIS | 24-079341 |

TO: WILLIS or DEPT. WARDEN

I am appealing the decision of _NO ACTION TAKEN AGAINST MEDICAL/HOUSING_ for the following reasons:

THE 6TH SMI ASSULT
THERE WAS NO STAFF THAT WITNESSED ME FIGHTING W/ MY CELLY, I WAS JUMPED ON WHILE I WAS IN MY BED, AND STAFF DIDN'T EVEN COME INTO MY POD UNTIL I 1 SCAPED FROM HIM AND KICKED ON THE DOOR WITH MY EYE HANGING OUT, AND BITES ON MY HANDS, STAFF IS LYING BY SAYING THEY SEEN ANY FIGHT. IF MEDICAL WOULD HAVE TREATED MY SHOULDER PAIN WHICH I WAS WRITING HNR FOR MONTHS ABOUT THIS WOULD NOT HAVE HAPPENED, I'VE RECENTLY RECIEVED CARE 4 R. THE SHOULDER AND CAN NOW USE IT (TCC LIMIT), I'D LIKE THE CAMERAS FOOTAGE TO PROVE EVERYDAY MY DISCOMFORT DRESSING FOR SHOWER & AFTERWORK AND THE TIME CO IN YOU CAME TO MY DOOR WAS AFTER ANY FIGHT.

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| | 7/31/24 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13



# Inmate Grievance/Informal Response Notice Non-Medical

**Inmate Name:** ERIC OLSEN

**ADC#:** 149801

**Prison/Unit:** LEWIS/LEWIS BUCKLEY

**Bldg/Bed:** L11 HLTHA 1S

## Case #:24-079341

## Informal Complaint

**Type:** Informal Response

**Date Received:** 07/25/2024 11:30 AM

**Response Author:** WILLIS, JOHN NMI

**Responded On:** 07/25/2024 11:52:17 AM

**Decision:**

## Case Details

**Case Number:** 24-079341

**Grievance Status:** Open

## Case Data

**Prison of Complaint:** LEWIS

**Unit of Complaint:** LEWIS BUCKLEY

**Opened Date:** 07/25/2024 11:30 AM

**Grievance Stage:** Informal Answered

**Grievance Category:** Safety

## Informal Grievance Response

**Grievance Date:** 07/12/2024 12:00:00 AM

**Issue:** Safety

**Response Due:** 08/15/2024 11:30 AM

**Responder:** WILLIS, JOHN NMI

**Response:** This response is in regards to an informal complaint that you submitted pertaining to injuries you sustained during a fight with your cellmate on 6/12/24. It has been reported that staff observed you and your cellmate fighting in your shared housing area located at Buckley Unit. Health Unit Staff treated you on site for multiple abrasions on your neck and arms, bites on your fingers, and swelling around your right eye You were then transported to Abrazo West Campus for further evaluation and treatment Upon your return from the hospital, you were taken to our IPC medical unit for continued treatment from your injuries sustained during the fight. You will remain in our medical unit until you have been cleared by medical to return to the yard. Your former cellmate has been placed on your DNHW as a result of the fight, and you will no longer be housed with each other.In regards to your request for photos and incident video from the fight to be sent to your family, that request is denied. ADCRR does not release such information to inmates nor families. I consider this matter resolved. You may continue to the next step in the inmate grievance system as outlined in D.O. 802 inmate grievance system if you are not satisfied with this response. You may submit an appeal within 5 days from the day you receive it.

☐ Unprocessed

**Officer's Name:** JOHN WILLIS



**Notice:** If you are dissatisfied with the Informal Complaint Response, you may file a formal grievance (form 802-1 Inmate Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Coordinator by:
• Placing a single complaint on a single inmate Grievance form.

**NOTE: If multiple unrelated issues are on a single form or if a duplicate complaint is filed, the grievance shall be rejected and returned unprocessed.**



Arizona Department of Corrections, Rehabilitation & Reentry

# Inmate Grievance/Appeal Response Notice
## Non-Medical

**Inmate Name:** ERIC OLSEN

**ADC#:** 149801

**Prison/Unit:** LEWIS/LEWIS BUCKLEY

**Bldg/Bed:** L29 CB1D09L

## Case #:24-079341

## Appeal Grievance

**Type:** Appeal Response

**Date Received:** 07/25/2024 11:30:00 AM

**Response Author:** JULIE BOWERS

**Responded On:** 07/25/2024 12:12:32 PM

**Decision:** Resolved

## Case Details

**Case Number:** 24-079341

**Grievance Status:** Resolved

## Case Data

**Prison of Complaint:** LEWIS

**Opened Date:** 07/25/2024 11:30:00 AM

**Grievance Category:** Safety

**Unit of Complaint:** LEWIS BUCKLEY

**Grievance Stage:** Appeal Answered

## Appeal Grievance Response

**Responder Name:** JULIE BOWERS

**Due Date:** 08/15/2024 12:10:39 PM

**Date/Time:** 08/13/2024 11:48:00 AM

**Result:** Uphold

**Response:** 09/12/2024 - extension requested due to non-response from Lewis Complex. SJN3

☐ Override          ☐ Data Input Error          ☐ Unprocessed          ☑ Extension

**RestitutionRecommended:** No

**Number of Extension:** 4

**Notice** : The decision of the Director is final and constitutes exhaustion of all remedies within the Department.

## COUNT II

1.  State the constitutional or other federal civil right that was violated: _____
    _____.

2.  **Count II.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    ☐ Basic necessities                ☐ Mail                ☐ Access to the court        ☐ Medical care
    ☐ Disciplinary proceedings        ☐ Property            ☐ Exercise of religion        ☐ Retaliation
    ☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at
        your institution?                                                        ☐ Yes        ☐ No
    b.  Did you submit a request for administrative relief on Count II?            ☐ Yes        ☐ No
    c.  Did you appeal your request for relief on Count II to the highest level?   ☐ Yes        ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not.  _____
        _____

4

# COUNT III

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Count III.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                    ☐ Yes      ☐ No
    b.  Did you submit a request for administrative relief on Count III?      ☐ Yes      ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level?      ☐ Yes      ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  _____
_____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

1. Twenty-Million Dollars for loss of eye/eyesight, permanent disability, mental anguish, pain and Suffering, depression.

2. Twenty Million Dollars for Punitive Damages for the callous and or careless disregard of Mr. Olsen's constitutional rights.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4-11-25
              DATE

                                                    _____
                                                    SIGNATURE OF PLAINTIFF


    Earl F. Crago , paralegal
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


              N/A
(Signature of attorney, if any)



(Attorney's address & telephone number)


## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6