Eric Olsen 149801
ASPC-Lewis-Stiner
PO Box 70
Buckeye, AZ. 85326

☒ FILED  ☐ LODGED

**Jan 28 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Eric Olsen, | NO. CV 25-04266-PHX-SHD (MTM) |
|---|---|
| Plaintiff | NOTIFICATION OF RETURN |
| vs. | OF SERVICE PACKET TO |
| Caves, et al., | THE CLERK OF THE COURT. |
| Defendant. | |

Plaintiff hereby gives notice that he returned the completed Service Packet to the clerk of the court via E-File, on 26 January 2026, pursuant to the court's order at document 6.

Date 26 January 2026    By /s/

Eric Olsen, Pro Se.