Eric Olsen 149801
ASPC-Lewis-Stiner
PO Box 70
Buckeye, AZ 85326

☒ FILED  ☐ LODGED

Feb 12 2026

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| Eric Olsen, | CASE NO. |
| Plaintiff | CV-25-04266-PHX-SHD (MTM) |
| v. | |
| Unknown Wilson, et al., | PLAINTIFF'S MOTION TO |
| Defendants | DISMISS THE COMPLAINT |
| | WITH PREJUDICE |

Plaintiff, Eric Olsen, hereby motions the Court to dismiss the above captioned complaint with prejudice. No response has been filed by Defendant, nor has service yet been verified/waived by Defendants.

Date 2/12/26        By _____
                        Eric Olsen

1/1